```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 19435
   JANICE L ROBINSON
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-2876

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was confirmed 12/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSEC W/INTER       885.18          .00           .00
CAPITAL ONE                UNSEC W/INTER     11648.36          .00           .00
CITY OF CHICAGO WATER DE   UNSEC W/INTER    NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI   UNSEC W/INTER     10645.43          .00           .00
ECAST                      UNSEC W/INTER       224.22          .00           .00
NICOR GAS                  UNSEC W/INTER    NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      5358.53          .00           .00
SEARS                      UNSEC W/INTER    NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER      6789.70          .00           .00
WASHINGTON MUTUAL CARD S   UNSEC W/INTER    NOT FILED          .00           .00
DEUTSCHE BANK/LITTON LOA   NOTICE ONLY      NOT FILED          .00           .00
CITY OF CHICAGO WATER DE   SECURED            1128.70          .00       1128.70
AMERICAS SERVICING COMPA   CURRENT MORTG         .00           .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE     17610.89          .00        417.47
OPTION ONE MORTGAGE        NOTICE ONLY      NOT FILED          .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG         .00           .00           .00
OPTION ONE MORTGAGE        MORTGAGE ARRE      4325.31          .00        401.84
THOMAS R HITCHCOCK         DEBTOR ATTY       2,864.50                    2,864.50
TOM VAUGHN                 TRUSTEE                                         362.82
DEBTOR REFUND              REFUND                                        1,324.67

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              6,500.00

PRIORITY                                          .00
SECURED                                      1,948.01
UNSECURED                                         .00
ADMINISTRATIVE                               2,864.50
TRUSTEE COMPENSATION                           362.82

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19435 JANICE L ROBINSON
```

```
DEBTOR REFUND                                                   1,324.67
                                      ---------------     ---------------
TOTALS                                       6,500.00            6,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 07/23/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE